UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WENDELL R. WILSON

CIVIL ACTION

VERSUS

NUMBER 07-101-FJP-SCR

CITY OF BATON ROUGE DEPARTMENT
OF PUBLIC WORKS

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that defendant's motion for summary judgment is granted and plaintiff's suit on the federal claims is dismissed with prejudice.

IT IS FURTHER ORDERED that to the extent plaintiff has asserted state law claims in this case, the Court in its discretion refuses to exercise supplemental jurisdiction under 28 U.S.C. §1367 on these claims and any state law claims are dismissed without prejudice.

Baton Rouge, Louisiana, September 18, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45390